# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARD BENJAMIN TATE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　　Defendant | Case No.: 5:16-cv-00858-RAO<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $3700 as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

DATE: September 20, 2017

_____
THE HONORABLE ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

LAW OFFICES OF Lawrence D. Rohlfing

/s/ *Brian C. Shapiro*
_____
Brian C. Shapiro
Attorney for plaintiff Ward Benjamin Tate